TERI-NICHOLS INSTITUTIONAL FOOD MERCHANTS, LLC, Appellant, v ELK HORN HOLDING CORP., Respondent.

Submitted November 9, 2009; decided December 17, 2009

Reported below, 64 AD3d 424.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ANTHONY TISLON, Appellant, v STATE OF NEW YORK, Respondent.

Decided December 17, 2009

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

WESTERN NEW YORK LAND CONSERVANCY, INC., Respondent, v JOHN S. CULLEN et al., Appellants.

Decided December 17, 2009

Reported below, 66 AD3d 1461.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.